FERDINAND MUNCH BREWERY, Respondent, v. MULLER et al., Appellants. (No. 2.) (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Ferdinand Munch Brewery against Grace Muller·and another.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

FIFTH AVE. LIBRARY SOCIETY, Appellant, v. WEIL, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by the Fifth Avenue Library Society against Emil Weil. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

FINKELSTEIN, Respondent, v. FUCHS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Max Finkelstein against David Fuchs and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

FISCHER, Appellant, v. KRAMER et al. Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by David Fischer against Isaac Kramer and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

FITZGERALD, Respondent, v. ST. GEORGE, Appellant. (Supreme Court, Appellate Term. November 29, 1907.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Mary Fitzgerald, executrix of James M. Fitzgerald, against Henry V. St. George. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. August P. Wagener, for appellant. Isaac Fromme, for respondent.

PER CURIAM. We are of the opinion that substantial justice requires that there should be a new trial in this case. Judgment reversed, and new trial ordered, with costs to appellant to abide event.

FLYNN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Daniel Flynn against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HIRSCHBERG, P. J., not voting.

FOGARTY, Respondent, v. O'REILLY, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by William P. Fogarty against Sarah A. O'Reilly, as executrix. E. W. S. Johnston, for appellant. F. H. Mills, for respondent. No opinion. Judgment (107 N. Y. Supp. 234) affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

FT. COMFORT INN & REALTY CO., Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Ft. Comfort Inn & Realty Company against Isaac H. Ford. No opinion. Judgment and order affirmed, with costs.

FRANK et al., Appellants, v. GRANT et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Hyman Frank and others, copartners, etc., against Eugene J. Grant and another.

PER CURIAM. Judgment of the Municipal Court affirmed, without costs. In any event the plaintiffs are entitled to recover the value of the nine doors used by the defendants, upon proof of such value.

FREEDMAN, Respondent, v. WYSE, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Lewis C. Freeman against Marie S. Wyse. R. T. Greene, for appellant. A. J. Rose, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $2,138.06, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

In re FREEMAN ST., BETWEEN PROVOST ST. AND WHALE CREEK CANAL, IN SEVENTEENTH WARD OF BOROUGH OF BROOKLYN, CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) In the matter of the application of the city of New York relative to acquiring title, etc., for the purpose of opening Freeman street, between Provost street and Whale Creek Canal, in the Seventeenth Ward of the borough of Brooklyn, city of New York.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

FROST, Appellant, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Leander L. Frost against Charles W. Richardson. T. F. Wentworth, for appellant. W. H. Beam, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re GAFFNEY et al. (Supreme Court, Appellate Division, First Department. December 6, 1907.) In the matter of John Gaffney and others. No opinion. Motion granted. Settle order on notice.

In re GENEY. (Supreme Court, Appellate Division, First Department. December 13, 1907.) In the matter of H. A. Geney. No opinion. Reference ordered. Settle order on notice.

GERMANIA LIFE INS. CO. v. JOHN V. SIGNELL CO. (three cases). (Supreme Court, Appellate Division, First Department. January 17, 1908.) Actions by the Germania Life Insurance Company against the John V. Signell